IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff** | * | |
| v. | * | CIVIL NO. JKB-12-1465 |
| **LAURIE ZOOK,** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM

This case concerns ownership and right to possession of a document handwritten and signed by President Abraham Lincoln pardoning Sergeant Major Adam Laws of the 19th Regiment of the United States Colored Troops. (Compl., ECF No. 1.) Before the Court is Plaintiff's Motion for Judgment on the Pleadings and Memorandum in Support pursuant to Federal Rule of Civil Procedure 12(c). (ECF No. 7.) Defendant filed an answer in which she "relinquishes her rights of ownership, under protest" but did not deny any allegations of Plaintiff's complaint. (ECF No. 4.) Accordingly, Plaintiff's allegations are deemed admitted. Defendant has not opposed Plaintiff's motion. Having considered Plaintiff's Motion and finding it meritorious, the Court will grant Plaintiff's Motion and will grant judgment accordingly by separate order.

DATED this __15__ day of August, 2012.

BY THE COURT:

_____
James K. Bredar
United States District Judge